*February 9, 1932.*

CLINE, Appellant, vs. CHICAGO, ST. PAUL, MINNEAPOLIS & OMAHA RAILWAY COMPANY, Respondent.

For the appellant: *W. K. Parkinson* of Phillips.

For the respondent: *William T. Faricy* and *Warren Newcome* of St. Paul, Minnesota, *Alfred E. Rietz* of Minneapolis, Minnesota, and *Roy P. Wilcox* of Eau Claire.

*By the Court.*—Judgment affirmed.

A motion for a rehearing was denied, with $25 costs, on February 9, 1932.

*March 8, 1932.*

PETERSON, Respondent, vs. STEVENSON, Appellant.

For the appellant: *John J. Fisher* of Bayfield and *C. F. Morris* of Washburn.

For the respondent: *J. W. Bernard* of Superior.

*By the Court.*—Judgment affirmed.

ESTATE OF OLESON: OLESON, Appellant, vs. NELSON, Executor, and others, Respondents.

For the appellant: *James Murray* of Fond du Lac.

For the respondents: *Sheldon E. Meyer* of Waupun.

*By the Court.*—Order affirmed.